```
             FILED  ___ RECEIVED
       ___ ENTERED  ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUN - 7 2016

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Kenneth J. McKenna
Nevada State Bar No. 1676
544 West First Street
Reno, Nevada 89503
(775) 329-6373

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BOLAND, | 3:15-cv-00442-MMD-VPC |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT |
| vs. | |
| WASHOE COUNTY, | |
| Defendant. | (FIRST REQUEST) |

Plaintiff David Boland ("BOLAND") response to Defendant's Motion to Dismiss First Amended Complaint (docket #17), which was filed April 27, 2016, is due May 16, 2016. Given the schedule of counsel for BOLAND, the parties, by and through their counsel, hereby stipulate and agree that Plaintiff shall have an extension of time within which to file and serve the response to Defendant's Motion. Plaintiff's responsive document will be filed and served no later than May 25, 2016.

//
//
//
//
//
//
//

1

1  //

2  This request for extension is not brought about to cause undue delay, rather said extension is

3  requested in good faith and is due to counsel's heavy workload.

4

5  Dated: May 16, 2016                             Dated: May 16, 2016

6  /s/ Ken McKenna                                 /s/ Michael Large

7  Kenneth J. McKenna, Esq.                       Michael Large, Deputy District Attorney
   544 W. 1st Street                               Washoe County District Attorney's Office
8  Reno, NV 89503                                  P.O. Box 11130
   775.329.6373                                    Reno, NV 89520
9  775.329.2414 fax                                775.337.5700
10 Attorney for Plaintiff                          Attorney for Defendant

11

12                                                 IT IS SO ORDERED. *Nunc Pro Tunc*

13                                                 _____
                                                   UNITED STATES JUDGE
14                                                 Dated: June 7, 2016

15

16

17

18

19

20

21

22

23

24

25

26                                          2

27

28